HONORABLE JUDGE FRED VAN SICKLE

Andrew C. Bohrnsen, WSBA #5549
Law Office of Andrew C. Bohrnsen, P.S.
300 Hutton Building
9 South Washington
Spokane, WA  99201
Phone: 509-838-2688
Fax: 509-838-2698
Email: abohrnsen@comcast.net

Pamela M. Andrews, WSBA #14248
Johnson Andrews & Skinner
200 W. Thomas, Suite 500
Seattle, WA  98119
Phone: 206-223-9248
Fax: 206-623-9050
Email: Pamela.andrews@johnsonandrews.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| ALLEN M. WALL, et al., | NO.  CV-09-5027-FVS |
| Plaintiffs, | |
| v. | STIPULATION FOR PROTECTIVE ORDER |
| DELTA PETROLEUM CORPORATION, et al. | |
| Defendants. | |

STIPULATION FOR PROTECTIVE ORDER [CV-09-5027-FVS] - 1

The parties to this action stipulate to the following Protective Order to apply to documents and information produced or disclosed.  Any non-party that is required to produce data in this action may also seek protection if it stipulates to the following.  As used herein parties and non-parties alike are referred to as "entities."

1.   Any entity producing documents or things containing information to be governed by this Protective Order, shall designate the document or thing by labeling it "CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER" or "FOR ATTORNEYS' EYES ONLY, PRODUCED PURSUANT TO PROTECTIVE ORDER."

1.1   An entity may designate items of discovery or other information produced or disclosed as "CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER" only after making a good faith determination that the documents contain financial information; trade secrets; confidential research, development, or commercial information; or other information entitled to protection pursuant to Fed. R. Civ. P. 26 (c).  Such designations shall not be made for documents which describe or embody typical business practices, equipment

STIPULATION FOR PROTECTIVE
ORDER [CV-09-5027-FVS] - 2

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA  98119-4296
Ph: 206-223-9248 | Fax: 206-623-9050

designs or trade practices, or information available to the public.  The designation shall only be applied to so much of a document or data compilation that is entitled to such protection.  Designation shall make such items and all copies, prints, summaries, or other reproductions of such information subject to this Order.

1.2    Entities may designate "FOR ATTORNEYS' EYES ONLY PRODUCED PURSUANT TO PROTECTIVE ORDER" information, documents, or materials that constitute or contain proprietary, trade secret or other confidential research, development, or commercial information which is so proprietary or competitively sensitive that its disclosure is likely to cause irreparable competitive or commercial injury to the Producing Entity.

1.3    A Producing Entity may in good faith redact non-responsive "FOR ATTORNEY'S EYES ONLY INFORMATION" from any produced document or material.  The redacted document will be labeled on its first page, and at the place(s) of the redaction, as "ATTORNEYS' EYES ONLY INFORMATION REDACTED."  Unredacted copies of such documents shall be maintained by the Producing Entity together with the redacted versions.  Outside counsel for a discovering party and, if necessary, qualified experts retained by them, may have reasonable access to the redacted and unredacted versions of the documents but

STIPULATION FOR PROTECTIVE ORDER [CV-09-5027-FVS] - 3

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA  98119-4296
PH: 206-223-9248 | FAX: 206-623-9050

only for the purpose of ascertaining the appropriateness of any redactions.

2.1 Unless otherwise ordered by the court, information designated as "CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER" may be used only for purposes of this litigation, and may be disclosed in this litigation only to the parties, their counsel, counsel's staff and disclosed consultants and experts. Any consultants or experts who review or have access to information designated as "CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER" must review this Order and must execute an acknowledgement in the form attached hereto as Exhibit A, a copy of which will be maintained by counsel for the party retaining the expert or consultant and produced to the producing entity at the conclusion of the case.

2.2 "ATTORNEY'S EYES ONLY INFORMATION" will not be disclosed to or used by anyone except the following persons and by these persons solely for purposes of this litigation:

a. The parties, beneficial owners, certificate holders, or investors, and parties to the relevant trusts' pooling, servicing, and insuring agreements, and their officers, directors, employees and representatives who have need for such information for purposes of this litigation;

b. In-house and outside counsel the parties and their staff necessarily

STIPULATION FOR PROTECTIVE
ORDER [CV-09-5027-FVS] - 4

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA  98119-4296
Ph: 206-223-9248 | Fax: 206-623-9050

involved in the conduct of this litigation;

    c.    Persons not employees of any party who are expressly retained to assist such party's counsel in this action including, but not limited to, consulting and testifying experts, non-technical consulting services, independent auditors, accountants, statisticians, economists, and other experts, and the employees of such persons, but only to the extent reasonably necessary to enable such Expert to render such assistance;

    d.    During deposition or hearing, any deposition or hearing witness where necessary to the testimony of such witness;

    e.    Any person who prepared, viewed or received such information prior to this or other litigation involving the Producing Entity;

    f.    Court personnel, the arbitrator, court reporters, and similar personnel; or

    g.    Any other person with the prior written consent of the Producing Entity.

2.3    "FOR ATTORNEY'S EYES ONLY INFORMATION" so designated, and information derived therfrom, will not be disclosed to or used by anyone except outside counsel for the parties or *as otherwise set forth in this Stipulated Protective Order.*

2.4    Disclosure of "FOR ATTORNEY'S EYES ONLY INFORMATION" may be made to Experts who are actively assisting in the preparation and trial of this action. However, any Expert employed by any competitor of any Producing

STIPULATION FOR PROTECTIVE ORDER [CV-09-5027-FVS] - 5

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119-4296
Ph: 206-223-9248 | Fax: 206-623-9050

Entity who may have access to the "FOR ATTORNEY'S EYES ONLY INFORMATION" of any Producing Entity must sign a specialized Confidentiality Acknowledgment that specifically forewarns the expert that in the event any confidential information is used or disseminated in violation of this Protective Order, the expert, and his employer, may be subject to a motion in this cause of action for imposition of sanctions in the liquidated sum of $10,000 in addition to the potential for an independent cause of action by the Producing Entity for actual damages as well as the potential for prosecution for theft.

Prior to disclosing any "FOR ATTORNEY'S EYES ONLY INFORMATION" to any Expert, Counsel for the party contemplating such disclosure shall: (i) determine if the Expert is (or intends to become) affiliated with or employed by any entity that is in the business of exploration for, and the acquisition, development, and production of natural gas and crude oil, other than as an outside retained expert employed by any Competitor of any Producing Entity; and (ii) affirm that each Expert has executed a Confidentiality Acknowledgement or Specialized Confidentiality Acknowledgement. Counsel for the party obtaining an Expert's signature on the Acknowledgement shall retain the original signed acknowledgement and, if the Court so orders, shall provide a copy of the signed

STIPULATION FOR PROTECTIVE
ORDER [CV-09-5027-FVS] - 6

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA  98119-4296
Ph: 206-223-9248 | Fax: 206-623-9050

acknowledgement to all counsel of record.

3. If any information designated as "CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER" or "FOR ATTORNEY'S EYES ONLY PRODUCED PURSUANT TO PROTECTIVE ORDER" is to be filed with or submitted to the Court in connection with any proceedings in this action, such information shall be filed in sealed envelopes or containers marked with the name of the case and the notation that it includes confidential information. Courtesy copies of pleadings, papers or correspondence delivered to the Court or its clerk that contain confidential information shall also be so sealed and marked.

4. Any entity may object in writing to the designation by another entity of any information or material as "CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER" or "FOR ATTORNEY'S EYES ONLY PRODUCED PURSUANT TO PROTECTIVE ORDER." The objection must specify the material or information for which the designation is challenged. The entity whose designations have been objected to may, after conferring with the objecting entity, move within fourteen (14) days to retain the protection designated on such information or material. If no motion is filed within such period, the information or material shall no longer be treated as "CONFIDENTIAL

STIPULATION FOR PROTECTIVE ORDER [CV-09-5027-FVS] - 7

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119-4296
Ph: 206-223-9248 | Fax: 206-623-9050

PRODUCED PURSUANT TO PROTECTIVE ORDER." If such a motion is timely filed, the objecting entity shall file a response within ten (10) calendar days, and unless and until the Court enters an Order to the contrary, the information or material shall be treated as "CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER" or "FOR ATTORNEY'S EYES ONLY INFORMATION."

    4.1    Deposition testimony that one of the parties reasonably believes will contain Confidential Information shall only be taken in front of persons entitled to access such information as set forth in this Stipulation and Protective Order and may be designated as Confidential by the Designating Party as follows:

- i. By a statement on the record at the deposition that such testimony shall be treated as Confidential Information; or

- ii. By written notice, sent by counsel to all parties within ten (10) business days after receiving a copy of the transcript thereof. All counsel who receive such written notice shall mark the transcript as directed by the Designating Party. After ten (10) business days, only those portions of any transcript designated as "Confidential Information" shall be deemed Confidential. All parties shall treat all transcripts as Confidential until the ten (10) days has elapsed. The Parties may modify this procedure for any particular deposition through agreement on the records at such deposition or otherwise by written stipulation, without further order of the court.

- iii. In addition, any party seeking to use information designated as

STIPULATION FOR PROTECTIVE ORDER [CV-09-5027-FVS] - 8

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119-4296
PH: 206-223-9248 | FAX: 206-623-9050

Confidential during a deposition shall seek the deponent's agreement on the record to abide by the terms of this Stipulation and Protective Order. If the deponent refuses to assent, disclosure of such information to the witness during the deposition shall not constitute a waiver of confidentiality. Under such circumstances, the witness shall be asked to sign the original deposition transcript in the presence of the court reporter, and no copy of the transcript or related exhibits shall be given to the deponent.

4.2    "FOR ATTORNEY'S EYES ONLY INFORMATION" may only be used when deposing (a) an individual who is or was employed with the Producing Entity or (b) an Expert who is not employed by a competitor of any Producing Entity. In such circumstances, prior to showing such "FOR ATTORNEY'S EYES ONLY INFORMATION" to the deponent, counsel noticing the deposition shall show counsel for the Producing Entity, if it is a party to the action, the "FOR ATTORNEY'S EYES ONLY INFORMATION" to be used at deposition. At such time, counsel for the Producing Party may object to the proposed disclosure. If such objection is made, the objection shall be presented promptly by telephone to the court or its designees so as not to delay the deposition unnecessarily and such disclosure shall not be made until the Court or its designees have ruled on the objection or the Producing Party has withdrawn the objection. If no objection is made, or if the court overrules the objection, a copy of such "FOR ATTORNEY'S

STIPULATION FOR PROTECTIVE ORDER [CV-09-5027-FVS] - 9

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA  98119-4296
PH: 206-223-9248 | FAX: 206-623-9050

EYES ONLY INFORMATION" may be used in the deposition. The original of such document, material, or printout must be returned to and kept in a secured room and the copy or copies must either be destroyed after the conclusion of the deposition or, if made a deposition exhibit, shall be placed in a sealed envelope that bears a legend "FOR ATTORNEY'S EYES ONLY INFORMATION."  If counsel desires to use "FOR ATTORNEY'S EYES ONLY INFORMATION" with any other witness, counsel must first seek agreement from the Producing Entity and, if agreement cannot be reached, seek leave from the court.

5. Confidential information may be used as trial exhibits in this action and shall continue to be marked as confidential throughout trial.  "FOR ATTORNEY'S EYES ONLY INFORMATION" to be used at trial will be subject to strict confidentiality, and procedures for use of the same will be addressed as part of the Pre-Trial Order.

5.1 Storage and handling of "FOR ATTORNEY'S EYES ONLY INFORMATION" shall be in accordance with the following:

i. "FOR ATTORNEY'S EYES ONLY INFORMATION," including all summaries, abstracts or other documents or portions thereof containing substantive information from such "FOR ATTORNEY'S EYES ONLY INFORMATION" (but not including "attorney work product" as defined in Fed. R. Civ. P. Rule 1-026(b)(3)(B) (i.e. the

STIPULATION FOR PROTECTIVE
ORDER [CV-09-5027-FVS] - 10

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA  98119-4296
Ph: 206-223-9248 | Fax: 206-623-9050

      attorney's mental impressions, conclusion, opinions, or legal theories concerning the litigation), provided, however, that such "attorney work product" does not contain or disclose, directly, or indirectly, any Attorneys' Eyes Only Information), shall be maintained in a secured and locked location at the Outside Counsel's Law offices.

    ii.   All printouts of documents produced in electronic form must be immediately stamped as "FOR ATTORNEY'S EYES ONLY INFORMATION" if the Producing Entity has designated the electronic media containing the documents as "FOR ATTORNEY'S EYES ONLY INFORMATION" and the printouts do not reflect the legend.

6. Within thirty (30) days of final termination of this action, including all appeals, all copies and samples of confidential information and any other summaries, abstracts, excerpts, indices, and descriptions of such information shall be returned to the producing entity or its counsel or destroyed at the option of the party in possession of any such information. In the event the party elects to destroy rather than return such confidential information, the party must verify in writing to the producing entity that such information has been destroyed.

7. This Protective Order shall survive the final termination of this action and continue to be binding upon all entities to whom the information is disclosed hereunder.

8. This Order shall not preclude any entity from exercising any rights or

STIPULATION FOR PROTECTIVE ORDER [CV-09-5027-FVS] - 11

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119-4296
PH: 206-223-9248 | FAX: 206-623-9050

1 raising any objections otherwise available to it under the rules of discovery and
2 evidence.
3      IT IS SO STIPULATED.
4 ///
5
6                              LAW OFFICE OF ANDREW C. BOHRNSEN, P.S.
7
8
9 DATED: _____    By: s/ Andrew C. Bohrnsen
                                ANDREW C. BOHRNSEN, WSBA #5549
10                              Attorney for Def. Delta Petroleum Corp.
11
12                           JOHNSON ANDREWS & SKINNER, P.S.
13
14 DATED: _____    By: s/ Pamela M. Andrews
                                PAMELA M. ANDREWS, WSBA #14248
                                Attorney for Def. Delta Petroleum Corp.
15
16                           WALTHEW, THOMPSON, KINDRED, COSTELLO & WINEMILLER, P.S.
17
18
19 DATED: _____    By: s/ Patrick C. Cook
                                PATRICK C. COOK, WSBA #28478
20                              Attorney for Plaintiff
21                           SPENCE LAW FIRM, LLC
22 STIPULATION FOR PROTECTIVE        JOHNSON ANDREWS & SKINNER, P.S.
   ORDER [CV-09-5027-FVS] - 12                200 W. Thomas Street, Suite 500
                                                  Seattle, WA  98119-4296
                                       PH: 206-223-9248 | FAX: 206-623-9050

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: _____ | By: s/ Grant H. Lawson |
| 3 | | GRANT H. LAWSON |
| | | Attorney for Plaintiffs |
| 4 | | |
| | /// | |
| 5 | | |
| | /// | |
| 6 | | |
| | | CORR CRONIN MICHELSON |
| 7 | | BAUMGARDNER & PREECE, LLP |
| 8 | | |
| 9 | DATED: _____ | By: s/ William H. Walsh |
| | | WILLIAM H. WALSH, WSBA #21911 |
| 10 | | Attorney for Defs. Sierra Engineering, Deans and Drollinger |

IT IS SO ORDERED.

DATED: September 9, 2009

*s/ Fred Van Sickle*
JUDGE FRED VAN SICKLE

STIPULATION FOR PROTECTIVE
ORDER [CV-09-5027-FVS] - 13

JOHNSON ANDREWS & SKINNER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA  98119-4296
PH: 206-223-9248 | FAX: 206-623-9050